UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SOLORIO,<br><br>        Plaintiff,<br><br>    v.<br><br>EMBASSY SUITES EMPLOYER LLC,<br><br>        Defendant. | Case No. 4:24-cv-00917-KAW<br><br>**ORDER DENYING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. Nos. 25, 29 |

On July 30, 2024, Defendant Embassy Suites Employer LLC filed a motion to compel arbitration. (Dkt. No. 25.) On September 13, 2024, the Court held that Plaintiff could avoid arbitration if he dismissed the individual portion of his PAGA claim and granted Plaintiff "leave to amend to allege a purely representative PAGA claim to avoid arbitration and pursue the representative claim in district court." (Dkt. No. 29 at 7.) To give Plaintiff time to file an amended complaint, the Court held the motion in abeyance for 14 days. *Id.* Plaintiff was advised that if he "amends his complaint to allege a purely representative PAGA claim, and waive his individual one, within that time, the motion will be denied in accordance with the findings above." *Id.*

On September 27, 2024, Plaintiff timely filed his second amended complaint, which provides that he is suing in a purely representative capacity on behalf of the State of California and is not bringing an individual PAGA claim. (Second Am. Compl., Dkt. No. 32 at p. 2, ¶ 1.)

Accordingly, the motion to compel arbitration is DENIED for the reasons set forth in the Order Holding Defendant's Motion to Compel Arbitration in Abeyance (Dkt. No. 29), which is incorporated as if fully set forth herein.

IT IS SO ORDERED.

Dated: October 3, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge